JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHSHALOM B.J. GRAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBBERT LUNA, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02050-JLS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case Without Prejudice,

IT IS HEREBY ADJUDGED that this case is DISMISSED without prejudice.

Dated: March 28, 2024

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　United States District Judge